**JAMES J. DIPIETRO**

*Attorney at Law*

186 JORALEMON STREET
BROOKLYN, NEW YORK 11201

(718) 875-4207
FAX (718) 875-1717
JJD25ESQ@aol.com

March 13, 2012

Honorable Sterling Johnson, Jr.
United States District Judge
United States Courthouse
225 Cadman Plaza West
Brooklyn, N.Y. 11201

**BY ECF**

Re: <u>U.S. v. Aleksandr Afanasyev</u>
Indictment No: 10-CR-459 (SJ)

Dear Judge Johnson,

  Please be advised that I represent Aleksandr Afanasyev in the above-captioned criminal matter. Mr. Afanasyev was sentenced by Your Honor on Thursday March 8, 2012. Mr. Afanasyev is permitted to travel in the Southern and Eastern Districts of New York, District of New Jersey and District of Connecticut.

  Aleksandr Afanasyev is requesting permission to take his son Nikita to the Ocean State International 2012 USA JUDO Junior Point Competition from March 16 through March 17, 2012. This Tournament will be held at Crowne Plaza Hotel at the Crossing, 801 Greenwich Avenue, Warwick, RI. Mr. Afanasyev and his family will be staying at Crowne Plaza Hotel at the Crossing, located at 801 Greenwich Ave., Warwick RI. The phone number to the hotel is (401) 732-6000.

  I have spoken to AUSA Daniel D. Brownell and Ms. Jeannine Quijije from Pre-trial Services and they have no objection to the Court granting this application.

                       Respectfully submitted,

                        James J. DiPietro

cc: AUSA Daniel D. Brownell
   Ms. Jeannine Quijije, Pre-Trial

  Dated: March  , 2012       **SO ORDERED,**

                        _____
                        **HONORABLE STERLING JOHNSON**